# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SHANICQUA BRYANT,**<br>　　　　　**Plaintiff,** | **CIVIL ACTION** |
| **v.** | |
| **POTTSTOWN SCHOOL DISTRICT,**<br>　　　　　**Defendant.** | **NO.  24-699** |

## O R D E R

**AND NOW**, this 21st day of August, 2024, upon consideration of Plaintiff Shanicqua Bryant's Motion for Reconsideration (ECF No. 29), and Defendant's Response in Opposition (ECF No. 33), it is **HEREBY ORDERED** that Plaintiff's Motion is **DENIED**.

　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　/s/Wendy Beetlestone, J.
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**